**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELVIS TAOUIL,                                    No. C-13-03674 DMR

        Plaintiff(s),                        **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

        v.

COUNTY OF SAN FRANCISCO,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      In light of the fact that the First Amended Complaint does not appear to have been served, and Defendants have yet to make an appearance in this case, the Case Management Conference previously scheduled for November 20, 2013 has been CONTINUED to **December 18, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **December 11, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

      IT IS SO ORDERED.

Dated: November 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED
Donna M. Ryu
Judge Donna M. Ryu