UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIS TAOUIL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN FRANCISCO, and others,<br><br>　　Defendants. | Case No. 13-cv-3674 DMR (NC)<br><br>**ORDER RE: SETTLEMENT CONFERENCE** |

　　As of 4:00 p.m. on the day before the settlement conference, the undersigned magistrate has yet to receive a settlement conference statement from plaintiff. Yet at 3:59 p.m., the Court received a letter by email from plaintiff's counsel, DeWitt Lacy, asking that the plaintiff be excused from personally participating in the conference. The letter provides no explanation or emergency as to its timing. It also lacks good cause.

　　Accordingly, the untimely and unsupported request is denied.

　　The settlement conference will not proceed without a prepared plaintiff's counsel and client. Accordingly, the April 22 conference is VACATED. Counsel for all parties are ordered to participate in a settlement conference planning telephone call on April 22 at 9:30 a.m.

1 Counsel must contact the courtroom deputy, 415.522.2039, with information as to their
2 contact information for the conference call.
3        IT IS SO ORDERED.
4        Date: April 21, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-3674 DMR (NC)
ORDER RE: SETTLEMENT CONFERENCE
2