IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS TAOUIL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  4:13-cv-03674 DMR (NC)<br><br>**ORDER TERMINATING ORDER TO SHOW CAUSE** |

Given the information presented, the Court terminates the Order to Show Cause for failure to appear at the May 13 settlement conference. The Court may reschedule the conference for a mutually agreeable date. Plaintiff's counsel must contact my courtroom deputy in the next 60 days to request a new date or provide a brief update as to why a settlement conference cannot be scheduled.

**IT IS SO ORDERED.**

Dated: May 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 4:13-cv-03674 DMR (NC)
ORDER TERMINATING OSC